IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DOUG FEENEY,** *et al.*                                                                            **PLAINTIFFS**

**v.**                                            **4:05CV00017-WRW**

**AT&E, INC,** *et al.*                                                                  **DEFENDANTS**

## ORDER

Pending is Plaintiffs' Motion for Summary Judgment (Doc. No. 64). Defendants have not responded, and the time has passed for doing so. Plaintiffs' Motion is well taken. Accordingly, Plaintiffs' Motion is GRANTED.

On October 2, 2008, Defense Counsel Daniel Carter renewed his Motion to Withdraw as Counsel.[1] For good cause shown, Mr. Daniel's Motion to Withdraw is GRANTED.

IT IS SO ORDERED this 8th day of October, 2008.

                                                                    /s/Wm. R. Wilson, Jr.
                                                               UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 73. Mr. Carter filed an earlier Motion to Withdraw as Counsel (Doc. No. 71).